NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SARAH P. EMANUELE,**
*Petitioner*

**v.**

**DEPARTMENT OF TRANSPORTATION,**
*Respondent*

---

2023-1723

---

Petition for review of the Merit Systems Protection Board in No. PH-0752-15-0539-B-3.

---

## O R D E R

Upon consideration of the court's October 17, 2023, order and Sarah P. Emanuele's lack of response to that order,

IT IS ORDERED THAT:

This case and all transmittals are transferred to the United States District Court for the District of New Jersey pursuant to the court's October 17, 2023, order and

2                    EMANUELE v. DEPARTMENT OF TRANSPORTATION

28 U.S.C. § 1631.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 29, 2024
Date